CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2011

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.7:11PO187-190** |
| | ) | |
| **JAMES ANTHONY GRISHAW** | ) | |

**ORDER**

And now, this 18th day of July, 2011, the within motion is granted and it is hereby ORDERED and DECREED that the Criminal Complaint, with respect to defendant James Anthony Grishaw, be and the same is hereby DISMISSED, without prejudice, in the interest of justice.

ENTERED this 18th day of July, 2011.

[signature]
UNITED STATES DISTRICT JUDGE